IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   13-cr-00408-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIGOBERTO DECIDERIO-CLETO,
    a/k/a Rigoberto Cleto-Desiderio,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Rigoberto Deciderio-Cleto is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 29th day of January 2014.

BY THE COURT:

Judge William J. Martínez
United States District Judge